CARRIE NOYES v. MARY E. FOSTER.

*Garnishment of claim pending suit therefor.*

A claim pending before a justice of the peace cannot be garnished in a proceeding before another justice.

Error to Washtenaw. Submitted Apr. 18. Decided Apr. 25.

ASSUMPSIT before a justice on a promissory note. Defendant Foster pleaded the general issue. The suit was adjourned from time to time and when brought to trial defendant filed a plea *puis darrein* setting forth that she had been garnished in a suit against the plaintiff before another justice. The justice disregarded the plea and gave judgment for plaintiff which, on appeal to the circuit, was affirmed. Defendant brings error. Affirmed.

*Sawyer & Knowlton* for appellant. A garnishee is chargeable from the service of summons even though the principal defendant has already begun suit for the debt: see *Howell v. Freeman* 3 Mass. 121; *Locke v. Tippets* 7 Mass. 149; *Thorndike v. De Wolf* 6 Pick. 120; *Foster v. Jones* 15 Mass. 185; *Kidd v. Shepherd* 4 Mass. 238; *Trombly v. Clark* 13 Vt. 118; unless the suit has gone beyond the stage where recovery in garnishment can be pleaded: *Foster v. Dudley* 30 N. H. 463; but see *Gridley v. Harraden* 14 Mass. 497; *Burnham v. Folsom* 5 N. H. 566; *Wallace v. M'Connell* 13 Pet. 136; a plea *puis darrein* of the pendency of garnishment proceedings suspends the action: *Near v. Mitchell* 23 Mich. 384; *Johnson v. Kibbee* 36 Mich. 269; and the plea may be made at any time before the case is submitted: *Browne v. Beardsley* 3 Cai. 172; as well in a justice's court as in one of record: *Resseguie v. Brownson* 4 Barb. 541; *West v. Stanley* 1 Hill 69; and plaintiff should demur or join issue; *Morgan v. Dyer* 10 Johns. 161.

*E. D. Kinne* for appellee. A demand in suit cannot be reached by garnishment unless by statutory permission: *Bingham v. Smith* 5 Ala. 651; *Wood v. Lake* 13 Wis. 84.

MARSTON, J. We need not critically examine the several provisions of the statute relating to garnishee proceedings in justice's court, as we are clearly of opinion that the reason advanced in *Sievers v. Woodburn Sarven Wheel Co.* 43 Mich. 275, against garnishing a judgment rendered by a justice, is equally applicable here.

The judgment must be affirmed with costs.

COOLEY and CAMPBELL, JJ. concurred.